United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRIAN CAMPBELL,
Plaintiff,

v.

LEA GUTIERREZ, et al.,
Defendants.

Case No. 26-cv-06231-WHO

**ORDER DISMISSING CASE**

Re: Dkt. No. 10

On July 6, 2026, I issued an Order granting plaintiff's application to proceed IFP, denying his motion for a TRO, and dismissing the Complaint with leave to amend. I ordered plaintiff to file an Amended Complaint by July 26, 2026, if he wanted to attempt to plead a federal claim and proceed with this case. Dkt. No. 10.

As of the date of this Order, plaintiff has not filed an Amended Complaint. Therefore, this case is DISMISSED. Judgment will be entered.

**IT IS SO ORDERED.**

Dated: August 27, 2026

William H. Orrick
United States District Judge